IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-01852-BNB-MJW

JANET EL-BITAR, and
OMAR EL-BITAR,

Plaintiffs,

v.

SPENCER SERIONO,

Defendant.
_____

**ORDER**
_____

This matter arises on the following:

(1)    **Plaintiff's Motion for Leave to Amend Complaint to Add a Claim for Exemplary Damages** [Doc. # 17, filed 11/15/2013] (the "Motion to Amend"); and

(2)    Plaintiff's **Motion for Leave to File Reply** [Doc. # 29, filed 12/13/2013] (the "Motion to Reply").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)    The Motion to Reply [Doc. # 29] is GRANTED, and the Reply [Doc. # 30] is accepted for filing; and

(2)    The Motion to Amend [Doc. # 17] is GRANTED, and the Clerk of the Court is directed to accept for filing the Amended Complaint [Doc. # 17-4].

Dated December 19, 2013.

                                BY THE COURT:

                                s/ Boyd N. Boland
                                United States Magistrate Judge