IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 1:13-CV-01852-BNB-MJW

JANET EL-BITAR and
OMAR EL-BITAR ,

       Plaintiffs,

vs.

SPENCER SERINO,

       Defendant.

## ORDER GRANTING MOTION TO DISMISSAL WITH PREJUDICE

The Court having reviewed the Joint Motion To Dismissal with Prejudice, and being fully advised,

HEREBY ORDERS that the above-captioned action be dismissed with prejudice, each party to pay their own costs and attorneys' fees.

DATED this _15th_ day of _July_, 2014.

BY THE COURT:

_____
Judge

13-300180/SAN